IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 108-164 |
| | * | |
| JAMES JUSTIN BARNES | * | |
| | * | |

**O R D E R**

Presently pending before the Court is Defendant James Justin Barnes' Motion for Early Termination of Supervised Release. (Doc. 56.) Pursuant to 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in section 3553(a), terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

On January 4, 2011, Mr. Barnes pled guilty to a one count indictment that charged him with making a false statement in connection with a loan application in violation of 18 U.S.C. § 1014. This Court sentenced Mr. Barnes on April 18, 2011 to a term of imprisonment of eighteen months and to serve five years of supervised release. Additionally, the Court ordered Mr. Barnes to pay $42,660.04 in restitution.

Presently, Mr. Barnes has completed two years and eight months of his term of supervised release without any violations. He paid his restitution in full as of July 31, 2014, completed forty hours of community service, and started a flourishing new business with his

wife that requires frequent travel for which he, without fail, has obtained permission from his probation officer. The United States interposes no objection or response, and the United States Probation Office recommends that Mr. Barnes' motion be granted.

Having considered the factors set forth in section 3553(a), the record, and Mr. Barnes' motion, the Court finds that early termination of supervised release is warranted by Mr. Barnes' conduct and the interest of justice. Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. 56) is **GRANTED**. James Justin Barnes **SHALL** be discharged from supervised release upon entry of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of October, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA